# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRANDON M. WASHBURN,**

        **Petitioner,**

        **v.**                   **Case No. 21-CV-1093**

**JUDGE JOSEPH SCASCIA,**

        **Respondent.**

# RECOMMENDATION

On September 20, 2021, Brandon Washburn filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Washburn did not pay the required filing fee or ask to be allowed to proceed without prepayment of the filing fee. Mail sent by the Clerk to Washburn at the Dodge County Detention Center on September 21, 2021, was returned as undeliverable on September 30, 2021. (ECF No. 3.) Washburn is no longer in custody at the facility.

Washburn has not had any further contact with the court. The VINELink website does not indicate Washburn as being in custody at the Dodge County Detention Center, *see* https://www.vinelink.com/ (last visited November 24, 2021), and the Wisconsin Department of Corrections' database, *see* https://appsdoc.wi.gov/ (last visited November

24, 2021), indicates that Washburn is on active community supervision. Accordingly, the court **recommends** that Washburn's petition and this action be dismissed without prejudice pursuant to Civil Local Rule 41(c). Because the court does not have a current mailing address for Washburn, this order will not be mailed.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2) whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 24th day of November, 2021.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge